```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE ROE,

       Plaintiff,

-against-

CITY OF NEW YORK, MANNY GUERRERO *Auxiliary Police Officer in his official capacity*, MANNY GUERRERO *in his individual capacity*, and JOHN/JANE DOE POLICE OFFICERS 1–10,

       Defendants.

1:24-cv-07093 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

  On September 18, 2024, Plaintiff filed a Complaint under the pseudonym "Jane Roe" without first obtaining leave from the Court to do so. [ECF No. 1].

  Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, a "complaint must name all the parties." Fed. R. Civ. P. 10(a); *see also* Fed R. Civ. P. 17(a) ("An action must be prosecuted in the name of the real party in interest."). This Rule "serves the vital purpose of facilitating public scrutiny of judicial proceedings." *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 188 (2d Cir. 2008). The Second Circuit has admonished that this Rule "cannot be set aside lightly." *Id.* at 189. "The people have a right to know who is using their courts." *Id.* (quoting *Doe v. Blue Cross & Blue Shield United*, 112 F.3d 869, 872 (7th Cir. 1997)). Indeed, this "right is 'supported by the First Amendment.'" *Doe v. Skyline Automobiles Inc.*, 375 F. Supp. 3d 401, 404 (S.D.N.Y. 2019) (quoting *Doe v. Delta Airlines, Inc.*, 310 F.R.D. 222, 224 (S.D.N.Y. 2015)).

  But Plaintiff does not request permission to proceed anonymously nor provide any reason why the Court should permit her to proceed anonymously. Accordingly, IT IS HEREBY ORDERED THAT on or before October 7, 2024, Plaintiff shall file an Amended Complaint

properly suing in the names of the individual Plaintiff or this case will be dismissed without prejudice.

**SO ORDERED.**

Date:  **September 23, 2024**　　　　　　　　　　　_____
　　　　**New York, NY**　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**