USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA DURAN, <br><br>　　　　　　　　Plaintiff, <br><br>　　-against- <br><br>THE CITY OF NEW YORK, AUXILLIARY POLICE OFFICER MANNY GUERRERO, in his official and individual capacities, and JOHN/JANE DOE POLICE OFFICERS 1-10, <br><br>　　　　　　　　Defendants. | 1:24-cv-7093 (MKV) <br><br>**ORDER TO AMEND CAPTION** |

MARY KAY VYSKOCIL, United States District Judge:

　　The Clerk of Court respectfully is requested to amend the case caption to reflect Plaintiff's name as set forth in the Complaint at docket entry 49.

　　**SO ORDERED.**

Date:　October 2, 2025　　　　　　　　　　　　_____
　　　　New York, NY　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**