UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

Christina Duran

                Plaintiff,

-against-　　　　　　　　　　　　　1:24 Civ. 7093(MKV)

The City of New York, et al.　　　　　**MOTION FOR ADMISSION**

                                       **PRO HAC VICE**

                          Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>Maura D. White</u> hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Plaintiff Christina Duran</u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>Illinois</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 2, 2025　　　　　Respectfully Submitted,

                                        Applicant Signature: *Maura D. White*

                                        Applicant's Name: Maura D. White

                                        Firm Name: Romanucci & Blandin, LLC

                                        Address: 321 N. Clark St., Suite 900

                                        City/State: Chicago, IL 60654

                                        Zip: 60654

                                        Telephone/Fax: (312) 458-1000

                                        Email: mwhite@rblaw.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA DURAN, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF NEW YORK, et al, <br><br> Defendants. | Hon. Mary Kay Vyskocil <br><br> Civil Action No. 1:24-cv-07093-MKV |

I, Maura D. White, having been duly sworn, do state the following:

1. I have never been convicted of a felony;
2. I have never been censured, disbarred or denied admission or readmission by any court;
3. I am not currently subject to any disciplinary action against me.

Date: December 2, 2025

Respectfully submitted,

*/s/ Maura D. White*

Maura D. White

Subscribed and sworn before me on December 2, 2025

_____ (Notary Signature)

Official Seal
LUZ A GONZALEZ
Notary Public, State of Illinois
Commission No. 901302
My Commission Expires September 17, 2027



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
12/2/2025

Re: Maura Deady White
Attorney No. 6289336

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Maura Deady White was admitted to practice law in Illinois on 11/9/2006; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar

| | |
|---|---|
| CHRISTINA DURAN,<br><br>                    Plaintiff,<br><br>           v.<br><br>THE CITY OF NEW YORK,<br><br>AUXILIARY POLICE OFFICER MANNY GUERRERO, in his official and individual capacities,<br><br>JOHN/JANE DOE POLICE OFFICERS 1-10,<br><br>                    Defendants. | Hon. Mary Kay Vyskocil<br><br>Civil Action No.: 1:24-CV-07093(MKV)<br><br>**ORDER** |

The motion of Maura D. White for admission to practice pro hac vice in the above-captioned action is granted. Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Illinois; and that his/her contact information is as follows:

Applicant's Name: Maura D. White
Firm Name: Romanucci Blandin
Address: 321 North Clark Street
Suite 900
Chicago, Illinois 60654
Email: mwhite@rblaw.net

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Jane Roe in the above entitled action:

   **IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated:_____            _____
                                                                    District / Magistrate Judge